```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                        NORTHERN DIVISION
```

NATHANIEL MORGAN,                  *
                                   *
    Plaintiff,                    *
                                   *
vs.                                *    CIVIL ACTION NO. 12-00204-B
                                   *
CAROLYN W. COLVIN,[1],             *
Commissioner of Social Security,   *
                                   *
    Defendant.                    *

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim be **REVERSED** and **REMANDED**.

    **DONE** this **30th** day of **September, 2013.**

                                                     /s/ SONJA F. BIVINS
                                        **UNITED STATES MAGISTRATE JUDGE**

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d), Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).